JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| KEVIN COX, | ) Case No. CV 19-9340 FMO (JPRx) |
|---|---|
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| HEANG TE D/B/A GARVEY MARKET & LIQUOR, et al., | ) |
| Defendants. | ) |

**IT IS ADJUDGED** that the above-captioned case is **dismissed with prejudice**.

Dated this 7th day of February, 2020.

/s/
Fernando M. Olguin
United States District Judge